■ MARVIN DUBIN, Respondent, v. ADLER PROPERTIES, Defendant. STATE INSURANCE FUND, Appellant.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.